JS-6 / ENTER

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG 1 2 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

FILED

AUG 1 2 2010

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

|  |  |
|---|---|
| JOHN LEN PARRISH, | Case No. CV 10-4254-GAF (MLG) |
| Plaintiff, | JUDGMENT |
| v. |  |
| LEE BACA, et al., |  |
| Defendants. |  |

IT IS ADJUDGED that the complaint herein is dismissed without prejudice.

Dated:  _8/10/10_

_Gary Fees_

Gary A. Feess
United States District Judge